## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

IRON WORKERS DISTRICT COUNCIL
(PHILADELPHIA AND VICINITY)
RETIREMENT AND PENSION PLAN,
Individually and on behalf of all others similarly
situated,

                                    Plaintiff,

                - v. -

THE KRAFT HEINZ COMPANY, BERNARDO
HEES, PAULO BASILIO, DAVID H. KNOPF,
GEORGE EL-ZOGHBI, CHRISTOPHER R.
SKINGER, VINCE GARLATI, and 3G
CAPITAL INC.,

                                    Defendants.

Case No. 1:19-cv-01845

**NOTICE OF JOINT MOTION FOR
EXTENSION OF TIME AND
ENTRY OF STIPULATED ORDER**

PLEASE TAKE NOTICE that on April 11, 2019, at 8:45 a.m., or as soon thereafter as counsel may be heard, counsel for Plaintiff Iron Workers District Council (Philadelphia And Vicinity) Retirement And Pension Plan ("Plaintiff") and counsel for Defendants The Kraft Heinz Company, Bernardo Hees, Paulo Basilio, David H. Knopf, George El-Zoghbi, Christopher R. Skinger, Vince Garlati, And 3G Capital Inc. ("Defendants") shall appear before the Honorable Sharon Johnson Coleman in Courtroom 1425 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present the parties' Joint Motion For Extension Of Time And Entry Of Stipulated Order.

Dated:  April 5, 2019

Respectfully submitted,

**JENNER & BLOCK LLP**

BY:  */s/ Dean N. Panos*
Dean N. Panos (Il. ARDC # 6203600)
Howard S. Suskin (Il. ARDC # 6185999)
Gabriel K. Gillett (Il. ARDC # 6328233)
353 N. Clark Street
Chicago, IL  60654-3456
Phone:  (312) 222-9350
Fax:  (312) 527-0484
dpanos@jenner.com
hsuskin@jenner.com
ggillett@jenner.com

*Local Counsel for Defendants The Kraft Heinz Company, Bernardo Hees, Paulo Basilio, David H. Knopf, George El-Zoghbi, Christopher K. Skinger and Vince Garlati*

**KIRKLAND & ELLIS LLP**

BY:  */s/ Sandra C. Goldstein*
Sandra C. Goldstein (*pro hac vice* to be filed)
601 Lexington Avenue
New York, NY 10022
Phone:  (212) 446-4800
Fax:  (212) 446-4900
sandra.goldstein@kirkland.com

Bobby Earles (Il. ARDC #6308936)
300 North LaSalle
Chicago, IL 60654
Phone:  (312) 862-2000
Fax:  (312) 862-2200
bobbyearles@kirkland.com

*Counsel for Defendant 3G Capital Inc.*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

BY:  */s/ Daniel J. Kramer*
Daniel J. Kramer (*pro hac vice*)
Andrew J. Ehrlich (*pro hac vice*)
William A. Clareman (*pro hac vice*)
1285 Avenue of the Americas
New York, NY  10019-6064
Phone:  (212) 373-3000
Fax:  (212) 757-3990
dkramer@paulweiss.com
aehrlich@paulweiss.com
wclareman@paulweiss.com

*Counsel for Defendants The Kraft Heinz Company, Bernardo Hees, Paulo Basilio, David H. Knopf, George El-Zoghbi, Christopher K. Skinger and Vince Garlati*

**KESSLER TOPAZ MELTZER
& CHECK, LLP**

BY: */s/ Sharan Nirmul*
Sharan Nirmul
Darren J. Check
Jonathan R. Davidson
Stephanie M. Grey
280 King of Prussia Road
Radnor, PA 19087
Phone: (610) 667-7706
Fax: (610) 667-7056
snirmul@ktmc.com
dcheck@ktmc.com
jrdavidson@ktmc.com
sgrey@ktmc.com

*Counsel for Plaintiff Iron Workers District
Council (Philadelphia and Vicinity) Retirement
and Pension Plan*

**QUINN EMANUEL URQUHART
& SULLIVAN, LLP**

BY: *  /s/ Jonathan C. Bunge      *
Jonathan C. Bunge (Il. Bar #6202603)
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Phone: (312) 705-7400
Fax: (312) 705-7401
jonathanbunge@quinnemanuel.com

Daniel L. Brockett
51 Madison Avenue, 22nd Floor
New York, New York 10010
Phone: (212) 849-7000
Fax: (212) 849-7100
danbrockett@quinnemanuel.com

*Liaison Counsel for Plaintiff Iron Workers
District Council (Philadelphia and Vicinity)
Retirement and Pension Plan*

3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Notice Of Joint Motion For

Extension Of Time And Entry Of Stipulated Order was filed on April 5, 2019 with the Clerk of

the Court using the CM/ECF system, which will effect electronic service on all parties and

attorneys registered to receive notifications via the CM/ECF system.


By: */s/ Dean N. Panos*
Dean N. Panos