# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Iron Workers District Council (Philadelphia and Vicinity) Retirement and Pension Plan

Plaintiff,

v.

Case No.: 1:19−cv−01845

Honorable Sharon Johnson Coleman

Kraft Heinz Company, The, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 11, 2019:

MINUTE entry before the Honorable Sharon Johnson Coleman: Motion hearing held on 4/11/2019. Defendant's joint motion for extension of time and entry of stipulated order [21] is entered and continued. Status hearing is set for 4/19/2019 at 9:00 AM. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.