UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Iron Workers District Council (Philadelphia and Vicinity) Retirement and Pension Plan, et al.

Plaintiff,

v.

Kraft Heinz Company, The, et al.

Defendant.

Case No.: 1:19–cv–01845
Honorable Sharon Johnson Coleman

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 1, 2019:

MINUTE entry before the Honorable Sharon Johnson Coleman: Motion hearing set for 5/7/2019 for presentment of Movant The New York City Funds Motion for Consolidation, Appointment of Lead Plaintiff, and Approval of Selection of Lead Counsel [33] and Plaintiff Timber Hill LLC's Motion for Appointment as Lead Plaintiff and Approval of Its Selection of Lead Counsel [36] is stricken. The motions [33], [36] are entered and continued. Status hearing set for 5/24/2019 at 9:00 AM remains. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.